IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | No. 20 CR 577 |
| ) | Magistrate Judge Maria Valdez |
| TEVIN ALVERIO, ) | |
|     Defendant. ) | |

**UNOPPOSED EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE**

Noe comes the defendant TEVIN ALVERIO by and thru his attorneys KENT R. CARLSON & ASSOCIATES P.C. and moves this Honorable Court to modify the conditions of release to release TEVIN ALVERIO from home detention on September 24, 2022 from 10:00 a.m. to 2:30 p.m. to attend the wake, funeral, and burial, for his late Aunt, Annie Faye Johnson. In support hereof, the following is asserted:

    1. That TEVIN ALVERIO is charged with conspiracy to possess a controlled substance with intent to distribute and possession of a controlled substance with intent to distribute in violation of 21 U.S.C. 841(a) and 846,

    2. That TEVIN ALVERIO was released on conditions which have been modified from home incarceration to home detention.

    3. That TEVIN ALVERIO'S Aunt, Annie Faye Johnson passed away and the wake, funeral, and burial are September 24, 2022. The Wake and Funeral are at JLM Life Center, 2622 W. Jackson Blvd., Chicago, Illinois from 11:00 to 12:00 and the burial is at 12:30. TEVIN ALVERIO is to be a pall bearer. TEVIN ALVERIO would leave his home at 10:00 a.m. and return no later than 2:30 p.m. and will provide Pre-Trial Services with any evidence they might require.

4. That Assistant United States Attorney Prashant Kolluri and Pre-Trial Services Officer Samuel Schroeder have no objection to the relief requested in this motion.

5. That home detention with electronic monitoring shall cease at 10:00 a.m. and resume at 2:30 p.m. on September 24, 2022.

6. That this Honorable Court has modified the conditions of TEVIN ALVERIO'S release several times and there have been no issues.

7. That all other terms and conditions remain in full effect.

Wherefore TEVIN ALVERIO prays this Honorable Court enter an order modifying the conditions of release to release TEVIN ALVERIO from home detention on September 24, 2022 from 10:00 a.m. to 2:30 p.m. to attend the wake, funeral, and burial for his late Aunt.

Respectfully submitted,

s/Kent R. Carlson
KENT R. CARLSON & ASSOCIATES P.C.
53 W. Jackson Blvd. - Suite 1523
Chicago, Il. 60604
(312) 663-9601
kentrcarlson@sbcglobal.net

## **CERTIFICATE OF SERVICE**

The undersigned, hereby certifies that the following document:

**UNOPPOSED EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE**

Was served on September 20, 2022, in accordance with Fed. R. Crim. P. 49, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the District Court's system as to ECF filers.

s/Kent R. Carlson
KENT R. CARLSON & ASSOCIATES P.C.
Illinois State Bar No. 6187360
53 W. Jackson Blvd. - Suite 1523
Chicago, Il. 60604
(312) 663-9601
kentrcarlson@sbcglobal.net
